UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEAN DELAVENTURA, on behalf of himself and ) 
all others similarly situated, )
) Case No. 05 10793 WGY
Plaintiff, )
)
v. )
)
COLUMBIA ACORN TRUST, COLUMBIA )
FUNDS TRUST I, COLUMBIA FUNDS TRUST )
II, COLUMBIA FUNDS TRUST III, COLUMBIA )
FUNDS TRUST IV, COLUMBIA FUNDS TRUST )
V, COLUMBIA FUNDS TRUST VI, COLUMBIA )
FUNDS TRUST VII, COLUMBIA FUNDS )
TRUST VIII, COLUMBIA FUNDS TRUST XI, )
)
Defendants. )

## DEFENDANTS' LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Defendants Columbia Acorn Trust, Columbia Funds Trust I, Columbia Funds Trust II, Columbia Funds Trust III, Columbia Funds Trust IV, Columbia Funds Trust V, Columbia Funds Trust VI, Columbia Funds Trust VII, Columbia Funds Trust VIII, Columbia Funds Trust XI (collectively "Defendants") make the following corporate disclosure statement.

Defendants do not have a corporate parent; nor does any publicly held company own 10% or more of Defendants.

Dated: Boston, Massachusetts
April 20, 2005

_____
Brian E. Pastuszenski, BBO #391030
Kevin P. McGrath, BBO # 550123
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000
*Attorneys for Defendant Columbia Acorn Trust*

_____
Brien T. O'Connor, BBO #546767
Giselle J. Joffre, BBO #658047
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000
*Attorney for Defendants Columbia Funds Trust I, Columbia Funds Trust II, Columbia Funds Trust III, Columbia Funds Trust IV, Columbia Funds Trust V, Columbia Funds Trust VI, Columbia Funds Trust VII, Columbia Funds Trust VIII, Columbia Funds Trust XI*

LIBA/1531511.1