IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEAN DELAVENTURA, on behalf of himself and all others similarly situated <br><br> Plaintiff, <br><br> v. <br><br> COLUMBIA ACORN TRUST, COLUMBIA FUNDS TRUST I, COLUMBIA FUNDS TRUST II, COLUMBIA FUNDS TRUST III, COLUMBIA FUNDS TRUST IV, COLUMBIA FUNDS TRUST V, COLUMBIA FUNDS TRUST VI, COLUMBIA FUNDS TRUST VII, COLUMBIA FUNDS TRUST VIII, COLUMBIA FUNDS TRUST XI, <br><br> Defendants. | Case No. 05-10793-WGY |

## <u>NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PROCEEDINGS</u>

Pursuant to Local Rule 81.1, Defendants Columbia Acorn Trust, Columbia Funds Trust I, Columbia Funds Trust II, Columbia Funds Trust III, Columbia Funds Trust IV, Columbia Funds Trust V, Columbia Funds Trust VI, Columbia Funds Trust VII, Columbia Funds Trust VIII, Columbia Funds Trust XI (collectively, the "Defendants"), by their undersigned attorneys, hereby file certified copies as set forth in Appendix A hereto of all records and proceedings and all docket entries in Commonwealth of Massachusetts Superior Court, Suffolk County, Civil Action No. 05-01093, which was removed to this Court on April 20, 2005.

Dated: May 3, 2005                          Respectfully submitted,


                                            /s Kevin P. McGrath
                                            Brian E. Pastuszenski (BBO #391030)
                                            Kevin P. McGrath (BBO # 550123)
                                            GOODWIN PROCTER LLP
                                            Exchange Place
                                            53 State Street
                                            Boston, MA 02109
                                            (617) 570-1000
                                            *Attorneys for Defendant Columbia Acorn Trust*



                                            /s/ Giselle J. Joffre
                                            Brien T. O'Connor (BBO #546767)
                                            Giselle J. Joffre (BBO #658047)
                                            ROPES & GRAY LLP
                                            One International Place
                                            Boston, MA 02110-2624
                                            (617) 951-7000
                                            *Attorney for Defendants Columbia Funds Trust I, Columbia Funds Trust II, Columbia Funds Trust III, Columbia Funds Trust IV, Columbia Funds Trust V,     Columbia Funds Trust VI, Columbia Funds Trust VII, Columbia Funds Trust VIII, Columbia Funds Trust XI*

**APPENDIX A**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEAN DELAVENTURA, on behalf of himself and all others similarly situated<br><br>               Plaintiff,<br><br>    v.<br><br>COLUMBIA ACORN TRUST, COLUMBIA FUNDS TRUST I, COLUMBIA FUNDS TRUST II, COLUMBIA FUNDS TRUST III, COLUMBIA FUNDS TRUST IV, COLUMBIA FUNDS TRUST V, COLUMBIA FUNDS TRUST VI, COLUMBIA FUNDS TRUST VII, COLUMBIA FUNDS TRUST VIII, COLUMBIA FUNDS TRUST XI,<br><br>               Defendants. | Case No. 05-10793-WGY |

### NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1.    Certified copies of all records and proceedings and all docket entries in Commonwealth of Massachusetts Superior Court, Suffolk County, Civil Action No. 05-01093.

The original documents are maintained in the case file in the Clerk's Office.

Dated: May 3, 2005                          Respectfully submitted,


_/s/ Kevin P. McGrath_____
Brian E. Pastuszenski (BBO #391030)
Kevin P. McGrath (BBO # 550123)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000
*Attorneys for Defendant Columbia Acorn Trust*


_/s/ Giselle J. Joffre_____
Brien T. O'Connor (BBO #546767)
Giselle J. Joffre (BBO #658047)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000
*Attorney for Defendants Columbia Funds Trust I, Columbia Funds Trust II, Columbia Funds Trust III, Columbia Funds Trust IV, Columbia Funds Trust V,      Columbia Funds Trust VI, Columbia Funds Trust VII, Columbia Funds Trust VIII, Columbia Funds Trust XI*