UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEAN DELAVENTURA, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>COLUMBIA ACORN TRUST, COLUMBIA )<br>FUNDS TRUST I, COLUMBIA FUNDS )<br>TRUST II, COLUMBIA FUNDS TRUST III, )<br>COLUMBIA FUNDS TRUST IV, COLUMBIA )<br>FUNDS TRUST V, COLUMBIA FUNDS )<br>TRUST VI, COLUMBIA FUNDS TRUST VII, )<br>COLUMBIA FUNDS TRUST VIII, )<br>COLUMBIA FUNDS TRUST XI )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 05-10793 (WGY) |

## JOINT STIPULATION FOR EXTENSION OF TIME

The parties hereby stipulate that the time for Plaintiff Dean Delaventura to file his opposition to the Defendants' Motion For Stay Of Proceedings shall be extended until June 6, 2005.

Dated: May 27, 2005                                                  Respectfully submitted,


_/s/ Brien O'Connor_____                    /s/ John C. Martland_____
Brien T. O'Connor, BBO #546767                      David Pastor, BBO #391000
Giselle J. Joffre, BBO #658047                      John C. Martland, BBO #322980
ROPES & GRAY, LLP                                   GILMAN AND PASTOR, LLP
One International Place                             60 State Street, 37th Floor
Boston, MA 002110-2624                              Boston, MA 02109
Telephone: 617-951-7000                             Telephone: 617-742-9700

00004900.DOC ; 1

|  |  |
|---|---|
| _/s/ Brian E. Pastusenzki_____<br>Brian E. Pastusenzki, BBO #391030<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>Telephone: 617-570-1000<br><br>**ATTORNEYS FOR DEFENDANTS** | RABIN & PECKEL, LLP<br>275 Madison Avenue<br>Suite 420<br>New York, NY 10016<br>Telephone: 212-880-3722<br><br>GLANCY BINKOW & GOLDBERG, LLP<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles, CA 90067<br>Telephone: 310-201-9150<br><br>**ATTORNEYS FOR PLAINTIFF** |

00004900.DOC ; 1