UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------------X
DEAN DELAVENTURA, on behalf of himself and : Case No. 05-cv-10793 WGY
all others similarly situated :
:
:
      Plaintiff, :
:
:
 v. :
:
:
COLUMBIA ACORN TRUST, COLUMBIA FUNDS :
TRUST I, COLUMBIA FUNDS TRUST II, :
COLUMBIA FUNDS TRUST III, COLUMBIA :
FUNDS TRUST IV, COLUMBIA FUNDS TRUST V, :
COLUMBIA FUNDS TRUST VI, COLUMBIA :
FUNDS TRUST VII, COLUMBIA FUNDS TRUST :
VIII, COLUMBIA FUNDS TRUST XI, :
:
      Defendants.
-----------------------------------------------------------------------X

**ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE**
**(STEPHEN RABIN)**

  Pursuant to Local Rule 83.5.3, the undersigned counsel, John C. Martland, hereby moves the Court to enter an Order granting leave to Stephen Rabin of the law firm of Rabin & Peckel, LLP, to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

  As grounds for this motion, the undersigned represents the following:

  1. Mr. Rabin has been a member in good standing of the bar of New York since 1959. He is also admitted to practice and is a member in good standing of the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York.

  2. There are no disciplinary proceedings against Mr. Rabin as a member of the bar in

any jurisdiction.

      3.    Mr. Rabin has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

      4.    In further support of this motion, Mr. Rabin has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

Dated: June 13, 2005                                    Respectfully submitted,

                                                      /s/ John C. Martland
                                                      John Martland (BBO #322980)
                                                      GILMAN AND PASTOR, LLP
                                                      60 State Street, 37th Floor
                                                      Boston, MA 02109
                                                      Tel.: (617) 742-9700

                                                      *Plaintiff's Counsel*