UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

DEAN DELAVENTURA,                              : Civil Action No. 05-10793 (WGY)
                                               :
                Plaintiff,            :
                                               :
  - against -                                 :
                                               :
COLUMBIA ACORN TRUST, COLUMBIA                 :
FUNDS TRUST I, COLUMBIA FUNDS TRUST            :
II, COLUMBIA FUNDS TRUST III, COLUMBIA         :
FUNDS TRUST IV, COLUMBIA FUNDS TRUST           :
V, COLUMBIA FUNDS TRUST VI, COLUMBIA           :
FUNDS TRUST VII, COLUMBIA FUNDS TRUST          :
VIII, COLUMBIA FUNDS TRUST XI,                 :
                                               :
                Defendants.           :

------------------------------------------------------------X

### I. STEPHEN RABIN'S CERTIFICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I. Stephen Rabin, hereby certifies that:

      1. I am a partner in the law firm of Rabin & Peckel LLP, 275 Madison Avenue, Suite 420, New York, NY 10016. I was admitted to the bar of the State of New York in 1959. I am also admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York.

      2. I am in good standing in every jurisdiction where I have been admitted to practice.

      3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: June 13, 2005

Respectfully submitted,

By: _____
I. Stephen Rabin
RABIN & PECKEL LLP
275 Madison Avenue, Suite 420
New York, NY 10016
Telephone: (212) 880-3722
Fax: (212) 880-3716

Attorneys for Plaintiff Dean Delaventura