```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No. 05-10793-WGY


* * * * * * * * * * * * * * * *
                                *
DEAN DELAVENTURA, et al.,       *
                                *
          Plaintiffs,            *
                                *
v.                              *  MOTION HEARING
                                *
COLUMBIA ACORN TRUST, et al.,   *
                                *
          Defendants.           *
                                *
* * * * * * * * * * * * * * * *

          BEFORE:  The Honorable William G. Young,
                          District Judge


APPEARANCES:

          GILMAN and PASTOR, LLP (By David Pastor,
     Esq. and John C. Martland, Esq.), 60 State Street,
     37th Floor, Boston, Massachusetts 02109, on behalf
     of the Plaintiffs

          GOODWIN PROCTER LLP (By Brian E.
     Pastuszenski, Esq. and Kevin P. McGrath, Esq.),
     Exchange Place, 53 State Street, Boston,
     Massachusetts 02109, on behalf of Columbia Acorn
     Trust

          ROPES & GRAY (By Brien T. O'Connor, Esq.
     and Giselle J. Joffre, Esq.), One International
     Place, Boston, Massachusetts 02110-2624, on behalf
     of Columbia Funds

                                         1 Courthouse Way
                                         Boston, Massachusetts

                                         June 14, 2005
```