UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
DEAN DELAVENTURA,                              : Civil Action No. 05-10793 (WGY)
                                               :
                    Plaintiff,      :
                                               :
  - against -                                 :
                                               :
COLUMBIA ACORN TRUST, COLUMBIA                 :
FUNDS TRUST I, COLUMBIA FUNDS TRUST            :
II, COLUMBIA FUNDS TRUST III, COLUMBIA         :
FUNDS TRUST IV, COLUMBIA FUNDS TRUST           :
V, COLUMBIA FUNDS TRUST VI, COLUMBIA           :
FUNDS TRUST VII, COLUMBIA FUNDS TRUST          :
VIII, COLUMBIA FUNDS TRUST XI,                 :
                                               :
                    Defendants.     :
---------------------------------------------------------------X

**PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY
IN SUPPORT OF MOTION TO REMAND**

Pursuant to Local Rule 7.1(B)(3), Plaintiff, Dean Delaventura, by and through his undersigned counsel of record, respectfully moves for leave of court to file a reply memorandum in further support of his Motion to Remand. The proposed reply memorandum is submitted herewith.

In support of this Motion, Plaintiff contends that a reply memorandum is necessary in order to address the arguments and assertions contained in the Defendants' Opposition to the Motion to Remand. In particular, Plaintiff finds it necessary to address the misstatements of law in the Defendant's Opposition. In addition, the Court, at the June 14, 2005 hearing, orally indicated that Plaintiff would be allowed to submit a reply.

00005275.WPD ; 1

WHEREFORE, the Plaintiff respectfully requests leave of Court to file the contemporaneously submitted reply memorandum in support of his Motion to Remand.

CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

Undersigned counsel hereby certify that they conferred with counsel for the Defendants in a good faith effort to resolve or narrow the issues raised by this Motion, and that the defendants have assented to the relief sought by this Motion.

Dated: July 5, 2005

**Respectfully submitted,**

BY: /s/ David Pastor
David Pastor (BBO# 391000)
John C. Martland (BBO# 322980)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 01906
Telephone: (617) 742-9700
Fax: (617) 742-9701

RABIN & PECKEL LLP
275 Madison Avenue, Suite 420
New York, NY 10016
Telephone: (212) 880-3722
Fax: (212) 880-3716

                                                GLANCY BINKOW & GOLDBERG LLP
                                                1801 Avenue of the Stars, Suite 311
                                                Los Angeles, CA 90067
                                                Telephone: (310) 201-9150
                                                Fax: (310) 201-9160

                                                Attorneys for Plaintiff Dean Delaventura