UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEAN DELAVENTURA, et al. | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION |
| | ) NO. 05-10793-WGY |
| | ) |
| v. | ) |
| | ) |
| COLUMBIA ACORN TRUST, et al. | ) |
| | ) |
| Defendants | ) |

ORDER

YOUNG, C.J.                                                    July 28, 2005

    Plaintiff Dean Delaventura ("Delaventura") has filed a

motion with this Court to remand this matter to the Massachusetts

Superior Court sitting in and for the County of Suffolk, and for

the award of related costs, expenses and attorneys fees [Doc. No.

8].

    It is hereby ORDERED that Delaventura's motion is DENIED.

An opinion will follow shortly.


    SO ORDERED.

                                    /s/ William G. Young
                                    _____
                                    WILLIAM G. YOUNG
                                    CHIEF JUDGE